(9/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

Helen Roseberry

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Apple Computer / Best Buy   See attached
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 7:18-cv-189
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

    **A.   The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name: Helen Roseberry
        Street Address: 3611 Bemiss Rd B-201
        City and County: Lowndes - Valdosta
        State and Zip Code: Georgia 31602
        Telephone Number: 229-243-6140
        E-mail Address: hanans03@icloud.com

    **B.   The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

(9/16) Complaint for a Civil Case

Defendant No. 1
   Name
   Job or Title (if known)
   Street Address
   City and County
   State and Zip Code
   Telephone Number
   E-mail Address (if known)

Apple Inc. - Kimberly
Compliance Dept.
1 Infinite loop, MS-9-9EMC
Cupertino,
CA. 95014
877-416-9371 ext 1140237

Defendant No. 2
   Name
   Job or Title (if known)
   Street Address
   City and County
   State and Zip Code
   Telephone Number
   E-mail Address (if known)

Best Buy
1705 Norman Dr
Valdosta  Lowndes
Georgia - 31602
229 247-9079

Defendant No. 3
   Name
   Job or Title (if known)
   Street Address
   City and County
   State and Zip Code
   Telephone Number
   E-mail Address (if known)

Verizon - Acc# 685534343-0001
P.O. Box 4003
Acworth,
GA. 30101
1800-922-0204

Defendant No. 4
   Name
   Job or Title (if known)
   Street Address
   City and County
   State and Zip Code
   Telephone Number
   E-mail Address (if known)

(9/16) Complaint for a Civil Case

    b.    If the defendant is a corporation
The defendant. *(name)* __Apple Corporation__ , is incorporated under the laws of the State of *(name)* __Georgia__ , and has its principal place of business in the State of *(name)* __Best Buy__ .
Or is incorporated under the laws of *(foreign nation)* __Georgia__ .
and has its principal place of business in *(name)* _____ .

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. 9-01-2017 + 9-30-2017 Best Buy Sold defective product on two occasions. - O.C.GA 351-12-5.1 (e) GCA 105-203 1-Cause injury + hardship. Apple Mac 11D² Retina - Lap Top.

2. Apple - Jan. 7, 2018 - Product was sent to Apple Corp. for repair - fail to Repair Product. Refurbished still overheating + emitting high level of heat + Electro maganatic radiation.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Non-Monetary-Monetary- Damages, Award relief Injunctive and or equitable. replacement or reimbursement of cost of computer.
   a. out of pocket cost, Medical cost, self care, (

2. Invasion of Privacy - Violated all personal information, lock Hot mail account, Deleted e-mail about repair + e-mail to + from Elliot, + Kimberly for 7 Mons. Unlocked - Nov. 5, 2018.

See attachment

(9/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*FCC Compliant Part 15 FCC Rules*

1.

2.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____ .

   (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Attachment III

1. Statement of Claims - Product Liability

   Serial Numbers:   C02V672KHV27 -
                     C02V5EU8HV22

   Defective Product caused Hardship & Injury.

2. C02V672KHV27 - Overheated on Jan 7, 2018, Spraying, sometimes fumes and heat out from the base of the computer, while making a loud high pitch sound. I believe the computer sprayed out carcinogenic agents. Such as - Asbestos, Beryllium. because of the nature of the physical injuries I'm suffering from.

   a. Received burns to my hands - Left & Right, respiratory system and Lungs, Mouth, Eyes, Thyroid Glands while shutting the computer down to prevent a fire.

3. Breach of duty - Caused injury & Physical Injury Hardship :

   1. Inconvenience ..
      Impeded my ability to perform and maintain my responsibilities, School - VSU student, Home.

   2. Apple - Elliott order me not to continue use of this computer. 2/2018 -
      offer no remedy for four month.

   Refurbish  3. Apple lock my e-mail account -
   I am alleging Apple mishandled the repair on Jan 7, 2017 and refuse to honor Apple service agreement. Also refuse to replace the computer that already cause me physical harm.

Statement of Claims. -

Verizon. - Help desk support. - Found Numerous problem with Apple's computer - Stated "He didn't like them. Ask me why did I but that Crap."

He locked my Verzion on a global plan - costing me over $90. month in data overage. At my request Verizon change me to a 15 GB Plan, stating this was the only plan they had to operate an Apple computer Retina HD. $90.00 monthly.

Pay internet cost: 1 year contract.
from march to July month cost for contract for computer internet. $90.00.



  Billing period May 16, 2018 to Jun 15, 2018 | Account # 685534343-00001 | Invoice # 3742449180

# What's changed

## Last month
April 16 - May 15

| | |
|---|---|
| Balance past due | $148.54 |
| One-time charges | $2.20 |
| Monthly charges | $137.00 |
| Surcharges | $4.39 |
| Taxes and gov. fees | $4.95 |

**$297.08**

## This month
May 16 - June 15

| | |
|---|---|
| Balance past due | $0.00 |
| One-time charges | $0.00 |
| Monthly charges | $137.00 |
| Surcharges | $4.39 |
| Taxes and gov. fees | $4.95 |

**$146.34**

## Next month
June 16 - July 15

To preview next month's bill go to vzw.com/nextbillsummary

0220150-0923781-0000002 of 0000010-C07-LT-1615-20390




Billing period May 16, 2018 to Jun 15, 2018  |  Account # 685534343-00001  |  Invoice # 3742449180

# What's changed

## Last month
April 16 - May 15

| | |
|---|---:|
| Balance past due | $148.54 |
| One-time charges | $2.20 |
| Monthly charges | $137.00 |
| Surcharges | $4.39 |
| Taxes and gov. fees | $4.95 |

# $297.08

## This month
May 16 - June 15

| | |
|---|---:|
| Balance past due | $0.00 |
| One-time charges | $0.00 |
| Monthly charges | $137.00 |
| Surcharges | $4.39 |
| Taxes and gov. fees | $4.95 |

# $146.34

## Next month
June 16 - July 15

To preview next month's bill go to vzw.com/nextbillsummary

2

IV. Attachment

Relief:

2. Compensatory - Time loss - Apple's refusal to cooperate or assist with Physical injury. or how or what cause the injuries... I can not be made whole again because the injuries are still causing pain & suffering after 11 month. Loss sensitivity in both hand. Scarring of both palms of right & left hands; scarring of nasal passage, lungs, loss of bottom teeth.

Job search for one year, I could not hope to work. The injury stop my ability to seek work. because of the uncertainty of my exposure, it was impossible for me to work at all. Especially not Radiology, because of radiation exposure. Radiology is my profession. I am a Radiology, Ultra sound tech. Computer applicationist.

3. Consequential damages: I Am still under the doctors care. As of date it must continue through a primary physician.

4. unlimited Recovery -
After 11 month the healing process is not completed.
Follow-up Doctor Appointments

```
Welcome to Best Buy #789
     1705 NORMAN DR
     VALDOSTA, GA 31601
      (229) 247-9079


Val #:000119-975487-351003-995724-764473-202

0789 004 2981 09/01/17 11:35


 5721723    MPXQ2LL/A              1234.99
   MBP 13.3 SPACE GRAY/2.3GHZ/8GB/128GB-USA
   1299.99   Was Price
     65.00-  Sale Discount
      0.00   GKSVCS BNDL 1
   Serial # SC02V5EU8HV22
   Sales Tax                  86.45
 5581258    WEB803800F1              0.00
   WEBROOT S2 INTERNET SECURITY 2017 - PC/
      2.99   Was Price
      2.99-  GKSVCS BNDL 1
   Serial # WBR00SA140135351171
   Sales Tax                   0.00
 5871816    WEBROOT WIS              0.00
   WEBROOT  IS 3 USER 6 MONTH
     27.00   Was Price
     27.00-  GKSVCS BNDL 1
   Sales Tax                   0.00
 5886?    S6201LL/A               269.00
   A?   ?RE+ FOR MACBOOK PRO 13" - RSAE
   Se   # SC02V5EU8HV22
   SKU#    5721723
   Sales Tax                   0.00
                          ----------
                 Subtotal    1503.99
                 Sales Tax     86.45
                          ==========
                   Total    1590.44

**********2307    ChipRead USD$  1590.44
US DEBIT - DEBIT
ROSEBERRY/HELEN W
Approval 532752
Verified By PIN

MODE: Issuer
AID: A0000000980840
Reference Number: 4411350887026

       GKSVCS BNDL 1 Savings:     29.99
              Other Savings:     65.00
              Total Savings:     94.99




xxxxxxxxxxxxxxxxx xxxxxxxxxxxxxxxxxxxxx
Terms & Conditions for the service plan(s)
    you've purchased are available at
   www.bestbuy.com/servicestermsconditions
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
 SOFTWARE
   u purchased the following:
WEBROOT  IS 3 USER 6 MONTH


Please INSTALL NOW!
Subscription activated at time of purchase

AppleCare+ for MacBook Pro 13" extends your
coverage to 3 years from the purchase date
of the device and adds up to 2 incidents
of accidental damage coverage, each subject
to a service fee of $99 for screen-only or
external enclosure-only damage or $299 for
all other damage plus applicable tax.
```

```
Welcome to Best Buy #789
     1705 NORMAN DR
     VALDOSTA, GA 31601
      (229) 247-9079


Val #:000123-836647-137205-060971-349560-61

0789 041 4835 09/30/17 19:00

              EXCHANGE

Original Tran 0789 004 2981 09/01/17

            RETURN ITEMS
 5721723    MPXQ2LL/A             1234.99-
   MBP 13.3 SPACE GRAY/2.3GHZ/8GB/128GB-USA
   Serial # sc02v5eu8hv22
   Sales Tax                 86.45-

             SALE ITEMS
 5721726    MPXR2LL/A             1234.99
   MBP 13.3 SILVER/2.3GHZ/8GB/128GB-USA
   1299.99  Was Price
     65.00-  PRICE MATCH COMP
   Serial # SC02V67ZKHV27
   Sales Tax                 86.45
                         ----------
                 Subtotal      0.00
                 Sales Tax     0.00
                         ==========
                   Total       0.00

            Other Savings:    65.00
            Total Savings:    65.00






xxxxxxxxxxxxx xxxxxxxxxxxxxxxxxxxxxxx
Terms & Conditions for the service plan(s)
    you've purchased are available at
   www.bestbuy.com/servicestermsconditions
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Devices that can be activated and
cell phones have a 14-day return
  policy for all customers.
   15-day return period on
    almost everything else.

Restocking fee applies on select items

   A valid receipt is required for all
returns. Except where prohibited, we may
request an ID. ID info may be stored in a
   secure, encrypted database used for
      tracking returns and exchanges.

 Returned items missing packaging or
       accessories are subject to
       a missing item deduction.

For return promise details and a complete
list of exceptions, ask for a policy flyer
    or go to www.BestBuy.com/Returns.

   To learn about our privacy practices
 please visit www.BestBuy.com/privacy.

    Your Customer Service PIN is:
        0789 041 4835 093017
```

Helen Roseberry <1helenroseberry@gmail.com>

## Your AppleCare Agreement is Registered
1 message

agreementadministration@apple.com <agreementadministration@apple.com>     Sat, Sep 23, 2017 at 11:26 AM
To: 1helenroseberry@gmail.com

# Thanks for choosing Apple.

Hi Helen,

Your AppleCare+ is registered to your product.

Here's your agreement information:
— AppleCare+ agreement number: 325024239155
— Product: MacBook Pro (13-inch, 2017, 2 TBT3)
— Product serial number: C02V5EU8HV22
— Case ID: 100301023078

*[handwritten: Case # 100327782 738 7]*

To verify coverage for your product, visit the Check Your Service and Support Coverage website:

You can also manage any of your agreements from the AppleCare Agreement Support website:

*[handwritten: 1 800 275-8273]*

Thanks for contacting AppleCare!

# AppleCare+ Proof of Coverage

Ms. Helen Roseberry

Thank you for purchasing AppleCare+.

This certificate confirms AppleCare+ coverage for your Apple product listed below. You can also verify your coverage online at

Take a moment to review the information below. If corrections are necessary or if you have questions, please

| | |
|---|---|
| Product | MBP 13.3 SILVER 2.3GHZ/8GB/128GB SSD |
| Hardware Serial Number | C02V67ZKHV27 |
| Coverage End Date | September 30, 2020 |
| Agreement Number | 325024239155 |

Keep this certificate, the original sales receipt for your Apple product, and the included AppleCare+ Terms and Conditions. Proof of purchase may be required if there is any question regarding your Apple product's eligibility for AppleCare+ coverage.

The telephone technical support component of AppleCare+ begins after your product's complimentary support period ends and extends to the Coverage End Date above. The Apple Limited Warranty includes service coverage, and AppleCare+ extends your service coverage to the Coverage End Date above. Each incident will be subject to a service fee of $99 for screen damage or external enclosure damage, or $299 for all other damage, plus applicable tax. Please see the attached AppleCare+ Terms and Conditions for complete details.



**Apple Inc.**
1 Infinite Loop, Cupertino, CA 95014
BEAR License Number: E78234
US Tel: 1.800.275.2273



# AppleCare Service
## Product Repair Summary

**Customer Info**
Helen Roseberry
2611 Bemiss RD
Apt B201
VALDOSTA, GA 31602

Phone:  229-242-6140
Email:
hananhr@hotmail.com

**Repair ID**
D277300733

**Product Info**
MacBook Pro (13-inch, 2017, 2 TBT3)
Purchase Date:

**Serial Number**
C02V677KHV27

**Repair Coverage Status**
Limited Warranty

**Service Dates**
Service Arranged:
  January 7, 2018
Product Received:
  January 10, 2018
Service Completed:
  January 10, 2018

CSAT Solutions, LP
4949 Windfern Rd
Houston, TX 77500
800.275.2273
Service Tech ID # 31514
BEAR License # 90005

### Back in good hands: Yours.
Thank you for selecting AppleCare Service. To ensure the highest level of quality and reliability, Apple-approved technicians perform all work, using genuine Apple parts.

### You're covered.
Apple covered your repair as described on the left (see Repair Coverage Status). There is no charge for the service that we performed. You may still receive an invoice in five to seven days detailing your repair, but no payment amount will be due.

### Here's what we did:
- ✓ We replaced the part(s) listed below.
- ✓ Your diagnosed and repaired product now passes all hardware testing.

### We replaced these parts: *

| Item Number | Description | Symptom |
|---|---|---|
| 605-02408 | Logic Board,2.3GHZ,8GB,FCC | Unusually Hot |
| 610-00137 | Fan Assembly | Fan Sound Abnormal (tick, whine, grind) |
| 604-08829 | Heat Sink | Thermal Module Issue |

\* The items identified above have been exchanged by Apple for new or refurbished parts or products. Any applicable cost is indicated in a separate invoice. Pursuant to the terms of Apple's warranty, an AppleCare extended service agreement, or Repair Terms and Conditions, service parts that are exchanged are not returned to the customer.

**Notice to California consumers: Please read the important information on the back.**
Thank you from AppleCare Service!

073-0968-E

# MacBook Pro

## MacBook Pro Info

### MacBook Pro Essentials
Review the *MacBook Pro Essentials* guide before using your MacBook Pro. Download the guide from support.apple.com/manuals/macbook-pro or from the iBooks Store (where available). Retain documentation for future reference.

### Safety and handling
See "Safety, handling, and support" in the *MacBook Pro Essentials* guide.

### Built-in battery
Don't attempt to replace or remove the battery yourself—you may damage the battery, which could cause overheating and injury. The built-in battery should be replaced by Apple or an authorized service provider, and must be recycled or disposed of separately from household waste. For information about battery service and recycling, go to www.apple.com/batteries/service-and-recycling.

### Avoid hearing damage
To prevent possible hearing damage, do not listen at high volume levels for long periods. More information about sound and hearing is available online at www.apple.com/sound (www.apple.com/la/sound in Latin America).

### Prolonged heat exposure
Your MacBook Pro may become very warm during normal use. It's important to keep your MacBook Pro on a hard, stable, and well-ventilated work surface when in use or charging. Use common sense to avoid situations where your body is in prolonged contact with a device or its power adapter when it's operating or plugged into a power source, as sustained contact with warm surfaces may cause discomfort or injury. Take special care if you have a physical condition that affects your ability to detect heat against the body.

### FCC regulatory statement
This device complies with part 15 of the FCC rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

Note: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses, and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment to an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

Important: Changes or modifications to this product not authorized by Apple could void the electromagnetic compatibility (EMC) and wireless compliance and negate your authority to operate the product. This product has demonstrated EMC compliance under conditions that included the use of compliant peripheral devices and shielded cables between system components. It is important that you use compliant peripheral devices and shielded cables between system components to reduce the possibility of causing interference to radios, televisions, and other electronic devices.

Responsible party (contact for FCC matters only):
Apple Inc. Corporate Compliance
1 Infinite Loop, MS 91-1EMC
Cupertino, CA 95014

### Industry Canada statement
Complies with CAN ICES-3(B)/NMB-3(B).

### EU compliance statement
Apple Inc. hereby declares that this wireless device is in compliance with the essential requirements and other relevant provisions of the R&TTE Directive.



A copy of the EU Declaration of Conformity is available online at www.apple.com/euro/compliance.

Apple's EU representative is Apple Distribution International, Hollyhill Industrial Estate, Cork, Ireland.

### European Community restriction
This device is restricted to indoor use in the 5150 to 5350 MHz frequency range.

## Explanation:

I'm alleging Apple Care service mishandle the repair on Jan 7, 2018. and refused to acknowledge my injuries from the computer. After many conversation Apple team was sure my injuries was not life threaten. They begain to question my Credibility, and manipulate me.

Apple violated my personal information, Requested copies of all medical record to offer a settlement.

By April 28, 2018 Amanda decied to settle the issue by offering me another repair on C02V672K H V27. Which become a refurbished computer on Jan 10, 2018. Nothing for injuries or suffering, inconvience or hardships, nor Loss. — At this time Apple decieded to CRY Product Liability. After gaining the advantage over me.

Seeking =
(1.) Apple should be forced to except Liability for the product they place on the market. And the harm they cause.

(2.) Punitive damages and/or Torts under = GCA§ 105-2003. Invasion of privacy. Tort Libel Standards of Conduct. O.C.G.A. 51-12-51(b) (GCA) §1.05-2003. 1

Damages in Product Liability case.
O.C.GA.§ 51-12-5-1(e) GCA 105 203. 1

(3.) Unlimited Recovery —
       Still under Doctors care!

Apple Engineers refuse to co-operate with my Doctors - and release the materials that burn off of my computer. To aid my doctors in a treatment plan.

The computer is still in my possession. I am unable to use it without causing me more physical harm. From overheating and overprocessing of CPU. After purchase Apple added two computers to one service agreement - simulating two repair problems.
Apple Case # 100402044551.
Repair Number D297300733 - Jan. 7-10, 2018
Roger - 1-512-674-2060 - First Contact
Elliott - 877 388 0879
Ext. 1101229

Apple is also charge with selling product - or distributing product to Best Buy that's not in compliance with EU or FCC. Federal Communications Comission guidelines. Selling defective, Inferior Products. (See attachment: MacBook Pro)

4. Fell behind in school, because of injuries to hands, eyes. I couldn't use the computer. My doctor restricted use of computer until my hands healed.

5. Invasion of Privacy. — Personal information, & Tort Liability — Insult Medical information and records Tort Libel & Slander — was sent to Apple via e-mail

6. Product Liability. Apple Customer Care representatives review my record & injuries for 4 month. Kimberly spoke of settlement, but never place any settlement on the table.

7. I requested a replacement on the computer because of the nature of the first meltdown-crash. Apple repair & sent it back on Jan 10, 2018. Computer was still overheating & over processing on Jan. 11, 14, 18, 21. Elliott & Kimberly was call at 877-416-4271, Ext 1140237. Requested the computer be brought back it was still overheating on 02/01/18 the computer spund out of controll again & overheated.

for 4 month. Elliott caird not find the best course of action to replace or repair the reberbrished computer.

1. All Medical Cost. —

(9/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-19-2018

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Helen Rose Berry

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address